IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT N. THIES,

    Defendant.                                Case No. 07-cr-40032-2-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is defendant Robert N. Thies' Motion to Expedite Sentencing (Doc. 261). Due to his counsel's scheduling conflict, the Motion seeks to move the sentencing hearing forward by one day. Said Motion (Doc. 261) is hereby **GRANTED**. Sentencing for defendant Robert N. Thies is hereby rescheduled for Thursday, June 12, 2008 at 10:30 a.m.

    **IT IS SO ORDERED.**

    Signed this 5th day of June, 2008.

/s/    *David R Herndon*
**Chief Judge**
**United States District Court**